# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 105 WM 2018

Respondent                         :

v.                                 :

RAYMON HARDEN,                 :

Petitioner                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.